B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>**SOUTHERN DISTRICT OF NEW YORK** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**THE GIFFORD GROUP, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**JUST PLASTICS** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **13-3776443** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**250 DYCKMAN STREET**<br>**NEW YORK, New York**<br><br>ZIP CODE **10034** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**NEW YORK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **MANUFACTURING** | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) | |
|---|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors | |
|---|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **THE GIFFORD GROUP, INC.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location <br> Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐  Exhibit A is attached and made a part of this petition. | **Exhibit B** <br><br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X  **/s/ A. Mitchell Greene**
Signature of Attorney for Debtor(s)
**A. MITCHELL GREENE**
Printed Name of Attorney for Debtor(s)
**See Attachment 1**
Firm Name

**875 THIRD AVENUE, 9TH FLOOR
NEW YORK, New York 10022**
Address
**(212) 603-6300**
Telephone Number
     11/30/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Robert C. Vermann**
Signature of Authorized Individual
**ROBERT C. VERMANN**
Printed Name of Authorized Individual
**PRESIDENT**
Title of Authorized Individual
     11/30/15
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Attachment

**Attachment 1**

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                          Chapter 11

**THE GIFFORD GROUP, INC.**                              Case No.
**D/B/A JUST PLASTICS,**

                         Debtor.
--------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

      I, the undersigned, Robert C. Vermann, as President of The Gifford Group, Inc. d/b/a

Just Plastics (the "Company"), do hereby certify that at a meeting of the Company duly called

and held on **November 30, 2015**, the following resolutions were adopted and recorded in the

Minute Book of the Company, and they have not been modified or rescinded, and are still in full

force and effect:

           "**RESOLVED,** that in the judgment of the Company it is
           desirable and in the best interest of the Company, its creditors,
           partners and other interested parties, that a petition be filed by the
           Company for relief under Chapter 11 of title 11 of the United
           States Code (the "Bankruptcy Code"); and it is further

           "**RESOLVED,** that the form of petition under Chapter 11
           presented to this meeting is approved and adopted in all respects,
           and that Robert C. Vermann, as President of the Company, is
           authorized to execute and verify a petition substantially in such
           form and to cause the same to be filed with the United States
           Bankruptcy Court for the Southern District of New York at such
           time as he shall determine; and it is further

           "**RESOLVED,** that Robert C. Vermann, as President of the
           Company, is authorized to execute and file all petitions,
           reorganization schedules, lists and other papers and to take any and
           all other actions which he may deem necessary or proper in
           connection with such Chapter 11 case, and, in that connection, that
           the firm of Robinson Brog Leinwand Greene Genovese & Gluck
           P.C. be retained and employed as legal counsel for the Company
           under a general retainer, in addition to such special counsel as may

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

**THE GIFFORD GROUP, INC.**                ,
*Debtor*

Case No. _____

Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 0.00 | | |
| B - Personal Property | | | $ 478,451.58 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 227,407.35 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 23,321.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 1,709,212.32 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 478,451.58 | $ 1,959,940.96 | |

B6A (Official Form 6A) (12/07)

**In re  THE GIFFORD GROUP, INC.,** _____          **Case No.** _____
                                                                    **Debtor**                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Building<br><br>250 DYCKMAN STREET, NEW YORK, NEW YORK | Leasehold | | N/A | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **THE GIFFORD GROUP, INC.,** _____        Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHASE ACCOUNT | | $3,400.00 |
| | | HSBC ACCOUNT | | $340.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | CON EDISON - $4,021.28 BRONX WELDING - $300.00 UPS - $690.00 GLENWOOD GARAGE - $400.00 | | $5,411.58 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **THE GIFFORD GROUP, INC.,** _____     Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | | | |
|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | | | $117,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | 2005 GMC VAN | | $300.00 |

B 6B  (Official Form 6B) (12/2007)

In re **THE GIFFORD GROUP, INC.,** _____     Case No. _____
                                **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| **Notes:** SUBJECT TO VALUATION | | | | |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | BAND SAW<br>COMPRESSORS<br>DRILL PRESSES<br>EDGE POLISHERS<br>FOAM MACHINE<br>2 FORKLIFTS<br>ICE MACHINES<br>LAZERS<br>OVENS<br>SAWS<br>POLISHING WHEELS<br>SHAPERS<br>HEATERS<br>TABLE SAWS | | | $227,000.00 |
| **Notes:** SUBJECT TO VALUATION | | | | |
| 30. Inventory. | PLASTIC SHEETS | | | $125,000.00 |
| **Notes:** SUBJECT TO VALUATION | | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

           <u>2</u> continuation sheets attached    Total ▶               <u>$478,451.58</u>
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re **THE GIFFORD GROUP, INC.** _____ ,     Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CHASE**<br>**PO BOX 9001022**<br>**LOUISVILLE, KY 40290** | X | | **SECURED BY DEBTOR'S ASSETS**<br><br>VALUE $　　**$0.00** | | | | **$119,068.48** | **$0.00** |
| ACCOUNT NO.<br>**DE LAGE LANDEN FINANCIAL SERVICES**<br>**1111 OLD EAGLE SCHOOL ROAD**<br>**WAYNE , PA 19087** | | | **FORK LIFT CAPITAL LEASE**<br><br>VALUE $　　**$0.00** | | | | **$14,400.00** | **$0.00** |
| ACCOUNT NO.<br>**HSBC BANK USA, N.A.**<br>**SPECIAL CREDITS**<br>**95 WASHINGTON STREET**<br>**ATRIUM 5S**<br>**BUFFALO, NY 14203** | X | | **SECURED BY DEBTOR'S ASSETS**<br><br>VALUE $　　**$0.00** | | | | **$93,938.87** | **$0.00** |
| ACCOUNT NO.<br><br><br>VALUE $　　**$0.00** | | | | | | | **$0.00** | |

__0__ continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $ **227,407.35** | $ **0.00** |
| $ **227,407.35** | $ **0.00** |

(Report also on Summary of Schedules.)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

**In re**    **THE GIFFORD GROUP, INC.**            ,     **Case No.**_____
                                  Debtor                                         *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) – Cont.

In re **THE GIFFORD GROUP, INC.** _____ ,    Case No. _____
        **Debtor**                                       **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units   Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____<br><br>**CORP. COUNSEL FOR NEW YORK CITY 52 DUANE STREET NEW YORK, NY 10007** | | | | X | X | X | **$0.00** | **$0.00** | **$0.00** |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. _____<br><br>**INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19114** | | | | X | X | X | **$11,600.00** | **$0.00** | **$0.00** |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. _____<br>**NEW YORK STATE DEPARTMENT OF FINANCE BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O. BOX 5300 ALBANY, NY 12205-0300** | | | | X | X | X | **$0.00** | **$0.00** | **$0.00** |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶   $ **11,600.00**    $ **0.00**    **$0.00**
(Totals of this page)

Total▶   $
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/13) – Cont.

In re __THE GIFFORD GROUP, INC._____ ,          Case No. _____
           **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** _____ <br> **NYC DEPARTMENT OF FINANCE** <br> **ATTN: LEGAL AFFAIRS - DEVORA COHN** <br> **345 ADAMS STREET, 3RD FL** <br> **BROOKLYN, NY 11201** | | | | | | | **$11,721.29** | **$0.00** | **$0.00** |
| **Notes: FOR NOTICE PURPOSES ONLY** | | | | | | | | | |
| **Account No.** _____ <br> **OFFICE OF THE ATTORNEY GENERAL** <br> **THE CAPITOL** <br> **ALBANY, NY 12224** | | | | **X** | **X** | **X** | **$0.00** | **$0.00** | **$0.00** |
| **Notes: FOR NOTICE PURPOSES ONLY** | | | | | | | | | |
| **Account No.** _____ <br> **UNITED STATES ATTORNEY'S OFFICE** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> **ATTN: TAX & BANKRUPTCY UNIT** <br> **86 CHAMBERS STREET, THIRD FLOOR** | | | | **X** | **X** | **X** | **$0.00** | **$0.00** | **$0.00** |
| **Notes: FOR NOTICE PURPOSES ONLY** | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸ <br> (Totals of this page) | $ **11,721.29** | $ **0.00** | **$0.00** |
| Total▸ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **23,321.29** | | |
| Totals▸ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **0.00** | $ **0.00** |

B 6F (Official Form 6F) (12/07)

In re **THE GIFFORD GROUP, INC.** _____, Case No. _____
                    Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ACRILEX, INC.<br>230 CULVER AVENUE<br>JERSEY CITY, NJ 07305 | | | | | | | $2,972.30 |
| ACCOUNT NO.<br><br>AIN PLASTICS<br>60 FULLERTON AVENUE<br>YONKERS, NY 10704 | | | | | | | $7,577.14 |
| ACCOUNT NO.<br><br>AMERICAN CHEMICAL & ADHESIVES<br>410 DIVISION STREET<br>ELIZABETH, NJ 07201 | | | | | | | $340.00 |
| ACCOUNT NO.    3003<br><br>AMERICAN EXPRESS BUSINESS CARD<br>PO BOX 1270<br>NEWARK, NJ 07101 | X | | | X | | X | $23,984.07 |

Subtotal▶  $    **34,873.51**

Total▶  $

_7_ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re THE GIFFORD GROUP, INC. _____ ,    Case No. _____
                    **Debtor**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **AMERICAN WOODWORKING** <br> **PO BOX 1756** <br> **1175 BUFORD HIGHWAY** <br> **SUITE 101** <br> **SUWANEE, GA 30024** | | | | | | | **$700.00** |
| **ACCOUNT NO.** <br> **AT & T** <br> **PO BOX 6463** <br> **CAROL STREAM, IL 60197** | | | | | | | **$433.86** |
| **ACCOUNT NO.    4286** <br> **BANK OF AMERICA** <br> **PO BOX 45144** <br> **BUILDING 100** <br> **4TH FLOOR** <br> **JACKSONVILLE, FL 32232** | X | | | | | | **$58,575.20** |
| **ACCOUNT NO.** <br> **BLUE BELL LUMBER** <br> **4309 BROADWAY** <br> **NEW YORK, NY 10033** | | | | | | | **$815.52** |

Sheet no. __1__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **60,524.58**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re THE GIFFORD GROUP, INC._____ ,         Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**CENTRAL ART**<br>**500 GOLDMAN DRIVE**<br>**CREAM RIDGE, NJ 08514** | | | | | | | **$9,650.00** |
| **ACCOUNT NO.**      **1345**<br>**CHASE BUSINESS CARD**<br>**PO BOX 15153**<br>**WILMINGTON , DE 19886** | | | | | | | **$40,179.27** |
| **ACCOUNT NO.**<br>**COMPANY CORPORATION**<br>**PO BOX 13397**<br>**PHILADELPHIA, PA 19101** | | | | | | | **$560.00** |
| **ACCOUNT NO.**      **2671**<br>**DISCOVER CARD SERVICES**<br>**PO BOX 71084**<br>**CHARLOTTE, NC 28272** | | | | | | | **$19,163.69** |

Sheet no.__**2**__ of __**7**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **69,552.96**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **THE GIFFORD GROUP, INC.**_____ ,        Case No. _____
                      **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> E & T PLASTICS <br> 45-45 37TH STREET <br> LONG ISLAND CITY, NY <br> 11101 | | | | | | | $5,293.93 |
| ACCOUNT NO. <br><br> HEALTH PASS <br> 7120 LAKE ELLENOR DRIVE <br> ORLANDO, FL 32809 | | | | | | | $3,416.77 |
| ACCOUNT NO. <br><br> HEALTH REPUBLIC <br> POX BOX 842363 <br> BOSTON , MA 02284 | | | | | | | $3,437.35 |
| ACCOUNT NO. <br><br> IESI CORP <br> PO BOX 660654 <br> DALLAS, TX 75266 | | | | | | | $802.89 |

Sheet no.__**3**__ of __**7**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **12,950.94**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **THE GIFFORD GROUP, INC.** _____ ,          Case No. _____

                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **LDS CHURCH REAL ESTATE DIVISION ATTN: PROPERTY MANAGEMENT, LEASING RESD 12TH FLOOR 50 EAST NORTH TEMPLE SALT LAKE CITY, UT 84150** | | | | | | | **$50,634.21** |
| **ACCOUNT NO.** **LOIS A. VERMANN 250 DYCKMAN STREET NEW YORK, NY 10034** | | | | | | | **$1,313,941.19** |
| **ACCOUNT NO.** **MAIN STREET AMERICA 4601 TOUCHTON ROAD RAST SUITE 3400 JACKSONVILLE, FL 32246** | | | | | | | **$2,946.98** |
| **ACCOUNT NO.** **MANAGEMENT SERVICES CONSULTANTS 901 KINGS HIGHWAY SUITE 201 BROOKLYN, NY 11223** | | | | | | | **$7,800.00** |

Sheet no. __**4**__ of __**7**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **1,375,322.38**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **THE GIFFORD GROUP, INC.**_____,    Case No. _____

  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MCKINNEY WELDING <br> 1145 BRONX RIVER AVE <br> BRONX , NY 10472 | | | | | | | $216.00 |
| ACCOUNT NO. <br><br> MCMASTER CARR SUPPLY <br> PO BOX 7690 <br> CHICAGO, IL 60680 | | | | | | | $311.22 |
| ACCOUNT NO. <br><br> MEYER NEBENZAHI <br> 1053 EAST SECOND STREET <br> BROOKLYN, NY 11230 | | | | | | | $7,200.00 |
| ACCOUNT NO. <br><br> OXFORD HEALTH PLANS <br> PO BOX 1697 <br> NEWARK , NJ 07101 | | | | | | | $3,090.13 |

Sheet no. __5__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    **10,817.35**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re THE GIFFORD GROUP, INC.                    ,          Case No. _____
                  **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    6001**<br><br>**PAYPAL CREDIT SERVICES**<br>**PO BOX 960080**<br>**ORLANDO, FL 32896** | | | | | | | **$5,157.35** |
| **ACCOUNT NO.**<br><br>**ROBERT C. VERMANN**<br>**250 DYCKMAN STREET**<br>**NEW YORK, NEW YORK 10034** | | | | | | | **$90,388.89** |
| **ACCOUNT NO.**<br><br>**TIME WARNER CABLE**<br>**PO BOX 9227**<br>**UNIONDALE, NY 11555** | | | | | | | **$394.65** |
| **ACCOUNT NO.**<br><br>**TOTAL PLASTICS**<br>**23559 NETWORK PLACE**<br>**CHICAGO, IL 60673** | | | | | | | **$10,509.99** |

Sheet no. __6__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **106,450.88**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **THE GIFFORD GROUP, INC.** _____ ,          Case No. _____

  **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **ULINE PO BOX 88741 CHICAGO, IL 60680** | | | | | | | $191.80 |
| **ACCOUNT NO.**    2727 | | | | | | | |
| **WELLS FARGO PAYMENT REMITTANCE CENTER CAROL STREAM, IL 60197** | | | | | | | $38,527.92 |
| | | | | | | | |
| | | | | | | | |

Sheet no. __7__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $   **38,719.72**

Total► $   **1,709,212.32**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  **THE GIFFORD GROUP, INC.,**                     Case No. _____
                               **Debtor**                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LDS CHURCH REAL ESTATE DIVISION ATTN:  PROPERTY MANAGEMENT LEASING 50 EAST NORTH TEMPLE, 12TH FLOOR SALT LAKE CITY, UT 84150 | Description: COMMERCIAL LEASE<br><br>Nature of Debtor's Interest: LESSEE<br><br>Lease is for nonresidential real property. |
| WELLS FARGO FINANCIAL LEASING PO BOX 6434 CAROL STREAM, IL 60197 | Description: COPIER LEASE<br><br>Nature of Debtor's Interest: LESSEE |
| WELLS FARGO FINANCIAL LEASING PO BOX 6434 CAROL STREAM, IL 60197 | Description: COPIER LEASE<br><br>Nature of Debtor's Interest: LESSEE |
| WELLS FARGO FINANCIAL LEASING PO BOX 6434 CAROL STREAM, IL 60197 | Description: COPIER LEASE<br><br>Nature of Debtor's Interest: LESSEE |
| DE LAGE LANDEN PO BOX 41602 PHILADELPHIA, PA 19101 | Description: FORKLIFT LEASE<br><br>Nature of Debtor's Interest: LESSEE |
| TOYOTA FINANCIAL SERVICES PO BOX 4102 CAROL STREAM, IL 60197 | Description: VEHICLE LEASE<br><br>Nature of Debtor's Interest: LESSEE |
| SUBARU MOTORS FINANCE PO BOX 830211 BALTIMORE, MD 21283 | Description: VEHICLE LEASE<br><br>Nature of Debtor's Interest: LESSEE |
| HONDA FINANCIAL SERVICES PO BOX 7829 PHILADELPHIA, PA 19101 | Description: VEHICLE LEASE<br><br>Nature of Debtor's Interest: LESSEE |

B 6G (Official Form 6G) (12/07)

In re __THE GIFFORD GROUP, INC.,_____          Case No. _____
                        **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WEB.COM<br>PO BOX 587<br>CLAYSBURG, PA 16625 | Description: INTERNET HOSTING<br><br>Nature of Debtor's Interest: LESSEE |
| AT & T<br>PO BOX 6463<br>CAROL STREAM, IL 60197 | Description: PHONE SERVUCES<br><br>Nature of Debtor's Interest: LESSEE |
| TIME WARNER CABLE<br>PO BOX 9227<br>UNIONDALE, NY 11555 | Description: INTERNET SERVICES<br><br>Nature of Debtor's Interest: LESSEE |

B 6H (Official Form 6H) (12/07)

In re **THE GIFFORD GROUP, INC.,** _____     Case No. _____
                                    **Debtor**                                  **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ROBERT C. VERMANN<br>250 DYCKMAN STREET<br>NEW YORK, NY 10034 | CHASE<br>PO BOX 9001022<br>LOUISVILLE, KY 40290 |
| ROBERT C. VERMANN<br>250 DYCKMAN STREET<br>NEW YORK, NY 10034 | HSBC BANK USA, N.A.<br>SPECIAL CREDITS<br>95 WASHINGTON STREET<br>ATRIUM 5S<br>BUFFALO, NY 14203 |
| ROBERT C. VERMANN<br>250 DYCKMAN STREET<br>NEW YORK, NY 10034 | AMERICAN EXPRESS BUSINESS CARD<br>Account No.: 3003<br>PO BOX 1270<br>NEWARK, NJ 07101 |
| ROBERT C. VERMANN<br>250 DYCKMAN STREET<br>NEW YORK, NY 10034 | BANK OF AMERICA<br>Account No.: 4286<br>PO BOX 45144<br>BUILDING 100<br>4TH FLOOR<br>JACKSONVILLE, FL 32232 |

In re  **THE GIFFORD GROUP, INC.** _____ ,    Case No. _____
_____Debtor_____                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                Signature: _____
                                                                                                                        Debtor

Date _____                Signature: _____
                                                                                                                (Joint Debtor, if any)

                                                                                        [If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                                Social Security No.
of Bankruptcy Petition Preparer                                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
  Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___**ROBERT C. VERMANN**___ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____**THE GIFFORD GROUP, INC.**_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____11/30/15_____

                                                                Signature: ___/s/ Robert C. Vermann_____

                                                                **ROBERT C. VERMANN**
                                                                [Print or type name of individual signing on behalf of debtor.]
                                                                **PRESIDENT**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re   THE GIFFORD GROUP, INC.,
_____
                        Debtor

Case No. _____

Chapter            11            _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| LOIS A. VERMANN 250 DYCKMAN STREET NEW YORK, NEW YORK 10034 | | | | $1,313,941.19 |
| ROBERT C. VERMANN 250 DYCKMAN STREET NEW YORK, NEW YORK  10034 | | | | $90,388.89 |
| BANK OF AMERICA PO BOX 45144 BUILDING 100 4TH FLOOR JACKSONVILLE, FLORIDA 32232 | | | | $58,575.20 |
| LDS CHURCH REAL ESTATE DIVISION ATTN:  PROPERTY MANAGEMENT, LEASING RESD 12TH FLOOR 50 EAST NORTH TEMPLE SALT LAKE CITY, UTAH 84150 | | | | $50,634.21 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| CHASE BUSINESS CARD PO BOX 15153 WILMINGTON , DELAWARE 19886 | | | $40,179.27 |
| WELLS FARGO PAYMENT REMITTANCE CENTER CAROL STREAM, ILLINOIS 60197 | | | $38,527.92 |
| AMERICAN EXPRESS BUSINESS CARD PO BOX 1270 NEWARK, NEW JERSEY 07101 | | This claim is contingent and disputed. | $23,984.07 |
| DISCOVER CARD SERVICES PO BOX 71084 CHARLOTTE, NORTH CAROLINA 28272 | | | $19,163.69 |
| NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN 345 ADAMS STREET, 3RD FL BROOKLYN, New York 11201 | taxes and certain other debts owed to governmental units | | $11,721.29 |
| INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, Pennsylvania 19114 | taxes and certain other debts owed to governmental units | This claim is contingent, unliquidated, and disputed. | $11,600.00 |
| TOTAL PLASTICS 23559 NETWORK PLACE CHICAGO, ILLINOIS 60673 | | | $10,509.99 |

B 4 (Official Form 4) (12/07)

| | |
|---|---|
| CENTRAL ART<br>500 GOLDMAN<br>DRIVE<br>CREAM RIDGE,<br>NEW JERSEY 08514 | $9,650.00 |
| MANAGEMENT<br>SERVICES<br>CONSULTANTS<br>901 KINGS<br>HIGHWAY<br>SUITE 201<br>BROOKLYN, New<br>York 11223 | $7,800.00 |
| AIN PLASTICS<br>60 FULLERTON<br>AVENUE<br>YONKERS, New<br>York 10704 | $7,577.14 |
| MEYER<br>NEBENZAHI<br>1053 EAST SECOND<br>STREET<br>BROOKLYN, New<br>York 11230 | $7,200.00 |
| E & T PLASTICS<br>45-45 37TH STREET<br>LONG ISLAND<br>CITY, New York<br>11101 | $5,293.93 |
| PAYPAL CREDIT<br>SERVICES<br>PO BOX 960080<br>ORLANDO,<br>FLORIDA 32896 | $5,157.35 |
| HEALTH REPUBLIC<br>POX BOX 842363<br>BOSTON ,<br>MASSACHUSETTS<br>02284 | $3,437.35 |
| HEALTH PASS<br>7120 LAKE<br>ELLENOR DRIVE<br>ORLANDO,<br>FLORIDA 32809 | $3,416.77 |

B 4 (Official Form 4) (12/07)

OXFORD HEALTH
PLANS
PO BOX 1697
NEWARK , NEW
JERSEY 07101                                                              $3,090.13

Date: _____

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, ROBERT VERMANN,  of THE GIFFORD GROUP, INC. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:     11/30/15                              /s/ Robert Vermann
_____          _____
                                                ROBERT VERMANN,

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re: THE GIFFORD GROUP, INC. _____    Case No _____
<span>Debtor</span>                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| Debtor: | | |
| | Current Year (2015): $1,213,396.74 | BUSINESS OPERATIONS |
| | Previous Year 1 (2014): $1,483,613.00 | BUSINESS OPERATIONS |
| | Previous Year 2 (2013): $1,648,399.00 | BUSINESS OPERATIONS |
| Joint Debtor: | N/A | |

**2.  Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| Debtor: | | |
| | Current Year (2015): | |
| | Previous Year 1 (2014): $61,696.00 | RENTAL INCOME |
| | Previous Year 2 (2013): | |

$74,039.00                                        RENTAL INCOME

Joint Debtor:
    N/A

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
☒   goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made*
☐   within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $6,225[*]. If the debtor is an individual, indicate with an asterisk (*)
any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: THYSSEN-KRUPP MATERIALS C/O ANES FRIEDMAN, LEVENTHAL & BALISTRERI 52 DUANE STREET, 7TH FLOOR NEW YORK, NEW YORK 10007 | | $7,597.14 | |

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
☐   to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: LOIS A. VERMANN | $500/WEEK | $26,000.00 | $1,313,941.19 |

---

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

250 DYCKMAN STREET
NEW YROK, NEW YORK 10034
Relationship to Debtor: Original Lender

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ☒
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None ☒
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Debtor: ROBINSON BROG 875 THIRD AVENUE NEW YORK, NEW YROK 10022 | 11/25/15 | $25,000.00 RETAINER |

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  | DESCRIBE PROPERTY |
| NAME AND ADDRESS OF TRANSFEREE, | | TRANSFERRED AND |
| RELATIONSHIP TO DEBTOR | DATE | VALUE RECEIVED |

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

|  | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
| NAME OF TRUST OR OTHER | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S |
| DEVICE | | INTEREST IN PROPERTY |

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, | DATE OF SALE |
| OF INSTITUTION | AND AMOUNT OF FINAL | OR CLOSING |
|  | BALANCE | |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAMES AND ADDRESSES | DESCRIPTION | DATE OF |
| OF BANK OR | OF THOSE WITH ACCESS | OF | TRANSFER |
| OTHER DEPOSITORY | TO BOX OR DEPOSITORY | CONTENTS | OR SURRENDER, |
|  |  |  | IF ANY |

**13. Setoffs**

None
☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Debtor:
AVAILABLE UPON REQUEST

---

### 15. Prior address of debtor

None
☒
If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

### 16. Spouses and Former Spouses

None
☒
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Debtor:

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                     ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                               DATES SERVICES RENDERED

Debtor:
MEYER NEBENZAHL
1053 E SECOND STREET
BROOKLYN, NEW YORK 11230

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                     ADDRESS                     DATES SERVICES RENDERED

Debtor:

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                     ADDRESS

Debtor:
MEYER NEBENZAHL                          1053 E SECOND STREET
                                         BROOKLYN, NEW YORK 11230

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                               DATE ISSUED

Debtor:

### 20. Inventories

None
☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | |
| Debtor: N/A | | |

None
☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| --- | --- |
| DATE OF INVENTORY | OF INVENTORY RECORDS |
| Debtor: N/A | |

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| N/A | | |

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| ROBERT C. VERMANN 250 DYCKMAN STREET NEW YORK, NEW YORK 10034 | PRESIDENT | 100 |
| LOIS A. VERMANN 250 DYCKMAN STREET NEW YORK, NEW YORK 10034 | VICE PRESIDENT | |

---

**22. Former partners, officers, directors and shareholders**

None
☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |
| N/A | | |

None
b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated

☒ within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| N/A | |

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| N/A | |

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____11/30/15_____    Signature _____/s/ Robert C. Vermann_____

Print Name and Title    _____ROBERT C. VERMANN, PRESIDENT_____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

      THE GIFFORD GROUP, INC.,

             Debtor

                             Case No.

# LIST OF EQUITY SECURITY HOLDERS

      Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| ROBERT VERMANN<br>250 DYCKMAN STREET<br>NEW YORK, NEW YORK 10034 | | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I,  ROBERT VERMANN, PRESIDENT  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:  11/30/15

Signature:  /s/ Robert Vermann

Printed Name:  ROBERT VERMANN

Title:  PRESIDENT

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# United States Bankruptcy Court
## Southern District of New York

In re  **THE GIFFORD GROUP, INC.**                              Case No.

      Debtor.                                                        Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **THE GIFFORD GROUP, INC.**  (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__**X**__  There are no entities to report.

By:  /s/ A. Mitchell Greene
_____
**A. MITCHELL GREENE**
Signature of Attorney

Counsel for
Bar no.:
Address.: **875 THIRD AVENUE, 9TH FLOOR**
**NEW YORK, New York 10022**

Telephone No.: **(212) 603-6300**
Fax No.:
E-mail address:

B 203
(12/94)

# United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

In re

**THE GIFFORD GROUP, INC.**

Case No. _____

**Debtor**

Chapter **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **25,000.00**_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **25,000.00**_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor          [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

11/30/15                          /s/ A. Mitchell Greene
_____    _____
Date                                      **A. MITCHELL GREENE**
                                          *Signature of Attorney*

                              _____
                                          **See Attachment 1**
                                          *Name of law firm*

# Attachment

**Attachment 1**

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re:     **THE GIFFORD GROUP, INC.**

Case No. _____

**Debtors**

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:     11/30/15 _____        Signed:     Robert C. Vermann _____

Dated:     _____        Signed:     _____

Signed:     _____

Attorney for Debtor(s)

Bar no.:

Telephone No.:

Fax No.:

E-mail address:

THE GIFFORD GROUP, INC.
250 DYCKMAN STREET
NEW YORK, NY 10034


A. MITCHELL GREENE
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022


ACRILEX, INC.
230 CULVER AVENUE
JERSEY CITY, NJ 07305


AIN PLASTICS
60 FULLERTON AVENUE
YONKERS, NY 10704


AMERICAN CHEMICAL & ADHESIVES
410 DIVISION STREET
ELIZABETH, NJ 07201


AMERICAN EXPRESS BUSINESS CARD
PO BOX 1270
NEWARK, NJ 07101


AMERICAN WOODWORKING
PO BOX 1756
1175 BUFORD HIGHWAY
SUITE 101
SUWANEE, GA 30024


AT & T
PO BOX 6463
CAROL STREAM, IL 60197


BANK OF AMERICA
PO BOX 45144
BUILDING 100
4TH FLOOR
JACKSONVILLE, FL 32232

BLUE BELL LUMBER
4309 BROADWAY
NEW YORK, NY 10033


CENTRAL ART
500 GOLDMAN DRIVE
CREAM RIDGE, NJ 08514


CHASE
PO BOX 9001022
LOUISVILLE, KY 40290


CHASE BUSINESS CARD
PO BOX 15153
WILMINGTON, DE 19886


COMPANY CORPORATION
PO BOX 13397
PHILADELPHIA, PA 19101


CORP. COUNSEL FOR NEW YORK CITY
52 DUANE STREET
NEW YORK, NY 10007


DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA 19101


DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087


DISCOVER CARD SERVICES
PO BOX 71084
CHARLOTTE, NC 28272

```
E & T PLASTICS
45-45 37TH STREET
LONG ISLAND CITY, NY 11101


HEALTH PASS
7120 LAKE ELLENOR DRIVE
ORLANDO, FL 32809


HEALTH REPUBLIC
POX BOX 842363
BOSTON, MA 02284


HONDA FINANCIAL SERVICES
PO BOX 7829
PHILADELPHIA, PA 19101


HSBC BANK USA, N.A.
SPECIAL CREDITS
95 WASHINGTON STREET
ATRIUM 5S
BUFFALO, NY 14203


IESI CORP
PO BOX 660654
DALLAS, TX 75266


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114


LDS CHURCH REAL ESTATE DIVISION
ATTN:  PROPERTY MANAGEMENT, LEASING
RESD 12TH FLOOR
50 EAST NORTH TEMPLE
SALT LAKE CITY, UT 84150

LDS CHURCH REAL ESTATE DIVISION
ATTN:  PROPERTY MANAGEMENT LEASING
50 EAST NORTH TEMPLE, 12TH FLOOR
SALT LAKE CITY, UT 84150
```

LOIS A. VERMANN
250 DYCKMAN STREET
NEW YORK, NY 10034


MAIN STREET AMERICA
4601 TOUCHTON ROAD RAST
SUITE 3400
JACKSONVILLE, FL 32246


MANAGEMENT SERVICES CONSULTANTS
901 KINGS HIGHWAY
SUITE 201
BROOKLYN, NY 11223


MCKINNEY WELDING
1145 BRONX RIVER AVE
BRONX, NY 10472


MCMASTER CARR SUPPLY
PO BOX 7690
CHICAGO, IL 60680


MEYER NEBENZAHI
1053 EAST SECOND STREET
BROOKLYN, NY 11230


NEW YORK STATE DEPARTMENT OF FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECT,
P.O. BOX 5300
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

```
OXFORD HEALTH PLANS
PO BOX 1697
NEWARK, NJ 07101


PAYPAL CREDIT SERVICES
PO BOX 960080
ORLANDO, FL 32896


ROBERT C. VERMANN
250 DYCKMAN STREET
NEW YORK, NY 10034


ROBERT C. VERMANN
250 DYCKMAN STREET
NEW YORK, NY 10034


ROBERT VERMANN
250 DYCKMAN STREET
NEW YORK, NY 10034


SUBARU MOTORS FINANCE
PO BOX 830211
BALTIMORE, MD 21283


TIME WARNER CABLE
PO BOX 9227
UNIONDALE, NY 11555


TOTAL PLASTICS
23559 NETWORK PLACE
CHICAGO, IL 60673


TOYOTA FINANCIAL SERVICES
PO BOX 4102
CAROL STREAM, IL 60197
```

```
ULINE
PO BOX 88741
CHICAGO, IL 60680


UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET, THIRD FLOOR


WEB.COM
PO BOX 587
CLAYSBURG, PA 16625


WELLS FARGO
PAYMENT REMITTANCE CENTER
CAROL STREAM, IL 60197


WELLS FARGO FINANCIAL LEASING
PO BOX 6434
CAROL STREAM, IL 60197


WELLS FARGO FINANCIAL LEASING
PO BOX 6434
CAROL STREAM, IL 60197
```