UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                              Chapter 11

**THE GIFFORD GROUP, INC.**                                   Case No.
**D/B/A JUST PLASTICS,**

                                        Debtor.
--------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-4

STATE OF NEW YORK       )
                                             ) ss:
COUNTY OF NEW YORK   )

**Robert C. Vermann**, being duly sworn, deposes and says:

1. I am the president of **The Gifford Group, Inc. d/b/a Just Plastics** (the "Debtor"), and am fully familiar with the facts set forth herein.

2. The Debtor operates a manufacturing company that specializes in the custom fabrication and finishing of acrylic plastics.

3. No pre-petition committee was organized prior to the Order for relief.

4. The Secured Creditors of the Debtor are as listed on Schedule D to the Petition.

5. A summary of the Debtor's assets and liabilities is set forth on the summary of schedules annexed to the petition.

6. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

7. All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

8. No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

9. The Debtor's financial condition was precipitated by a lack of capital and funds to continue operations.

10. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

11. The estimated amount of Payroll due the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $43,333.

12. Salaries currently being paid by the Debtor to the officers approximate $8,667 per month.

13. The estimated operating expense of the Debtor for the next **thirty days** is:

**INCOME**

| | |
|---|---|
| Total Estimated Income: | $100,000 |

**EXPENSES**

| | |
|---|---|
| Payroll | $52,000 |
| Insurance | $7,500 |
| Rent Electric | $15,500 |
| Factory Expenses | $15,000 |
| Materials | $15,000 |
| Supplies | $2,000 |
| Shipping Expenses | $4,000 |
| Administrative Costs | $7,000 |
| Taxes | $4,000 |
| Interest Payments | $3,000 |
| | |
| **Total Estimated Expenses:** | **$125,000** |
| **NET INCOME:** | **($25,000)** |

/s/ _____
President
The Gifford Group, Inc. d/b/a Just Plastics

Sworn to before me this
30th day of November, 2015

_____
Yira Liriano
Notary Public, State of New York
No. 01LI6208933
Qualified in Bronx County
Commision Expires 07/13/2017